IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30114
Summary Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ALDOLPHUS WILSON,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. CA-94-528-J
- - - - - - - - - -
October 14, 1996
Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

     Aldolphus Wilson, #22996-034, appeals from the district

court's denial of his motion to vacate his sentence pursuant to

28 U.S.C. § 2255.  Wilson argues that he received ineffective

assistance of counsel because his trial attorney failed to inform

him fully of his appellate rights.  We have reviewed the record

and the briefs of the parties and find no reversible error.

Accordingly, we affirm for the reasons adopted by the district

court.  See United States v. Wilson, No. 94-528-J (E.D. La. Jan.

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

31, 1996).  Wilson also argues that the district court erred by denying his motion to amend his § 2255 motion to add a claim based upon the double jeopardy clause.  Because Wilson's double jeopardy claim is foreclosed by the Supreme Court's decision in United States v. Usery, 116 S. Ct. 2134 (1996), the district court's judgment denying his motion to amend his § 2255 motion to add the claim is affirmed.

AFFIRMED.